UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

SUZANNE STELLA EDDINGS,

        Plaintiff,        Civil No. 3:18-cv-00646-TC

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

-----------------------------------------------------------

Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

Before the Court is the Motion of Plaintiff, Suzanne Stella Eddings, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

    IT IS HEREBY ORDERED that attorney fees, expenses, and costs in the total amount of Nine Thousand Two Hundred Seventy-Nine Dollars and Eighteen Cents ($9,279.18) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The Court hereby awards EAJA fees, broken down as follows:

    1. Plaintiff is awarded 42.2 hours at $200.78 per hour in the amount of $8,472.92 for attorney's fees under 28 U.S.C. § 2412(d);

    2. Plaintiff is awarded 7.9 hours at $100.00 per hour in the amount of $790.00 for Paralegal Services.

    3. Plaintiff is awarded $16.26 in expenses for Certified Mail for service of Summons and Complaint.

    If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Olinsky Law Group.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, the check shall be mailed to Olinsky Law group at the following address:

OLINSKY LAW GROUP
300 SOUTH STATE ST. STE 420
SYRACUSE, NY 13202

So ordered.

Date: 8/13/19

THOMAS M. COFFINN
United States Magistrate Judge

[Proposed Order proffer: Mark A. Manning; copy to Michael Howard]